**HOWARD EDWARD COOPER v. PHILLIPS PLUMBING COMPANY, NATIONAL SURETY CORPORATION, and FLORIDA INDUSTRIAL COMMISSION.**

35 So. (2nd) 15                                January Term, 1948
March 23, 1948                                        Division B

Affirmed.

**B. A. KIRKLAND, trading as "Quin-Se-Willa," 3847 West Beaver Street, Jacksonville, Florida, v. JAMES T. VOCELLE, as Director of the State Beverage Department of the State of Florida.**

34 So. (2nd) 571                               January Term, 1948
March 23, 1948                                        Division A
Rehearing denied April 9, 1948

Affirmed.

**MAGNOLIA BOLDEN JOHNSON v. MARGARET BOLDEN, as Administratrix of the Estate of Robert Bolden, deceased.**

34 So. (2nd) 572                               January Term, 1948
March 23, 1948                                        Division A
Rehearing denied April 10, 1948

Affirmed.

**SYDNEY ROBINSON v. EDITH COPELAND, joined by her husband, J. S. COPELAND, and JESSE ROBINSON.**

34 So. (2nd) 572                               January Term, 1948
March 23, 1948                                         En Banc
Rehearing denied April 2, 1948.

Affirmed.

**ALBERT FINSTON v. ROSLYN S. FINSTON**

34 So. (2nd) 745                               January Term, 1948
March 30, 1948                                        Division A

Affirmed.

**FLORENCE PRIDE PAXTON v. HARRY BURGER**

34 So. (2nd) 745                               January Term, 1948
March 30, 1948                                        Division A

Affirmed.